## ROUSH v. EUBANKS.

COBB, J. The charges complained of in the motion for a new trial were not, for any reason therein alleged, erroneous as against the losing party; the evidence warranted the verdict, and there was no abuse of discretion in refusing to set it aside. *Judgment affirmed. All the Justices concurring.*

Submitted February 27, — Decided March 29, 1897.

Complaint. Before Judge Ross. City court of Macon. June term, 1896.

*Kibbee & Hodges* and *W. J. Grace*, for plaintiff in error. *S. N. Woodward* and *F. R. Martin*, contra.

---

## MATTHEWS v. PITTMAN.

ATKINSON, J. There was no error committed at the trial, either in charging or refusing to charge as requested. The evidence warranted the verdict. It is not, under the evidence, excessive in amount.

*Judgment affirmed. All the Justices concurring.*

Argued April 13, — Decided May 6, 1897.

Action for damages. Before Judge Reese. Madison superior court. September term, 1895.

*E. T. Brown, J. E. Gordon* and *J. P. Shannon*, for plaintiff in error. *J. J. Strickland*, contra.

---

## HALE v. HAMMOND.

FISH, J. This case involves no new legal question; the charges complained of were correct presentations of the law applicable to the issues involved; there was no error at the trial; the evidence, though in many respects conflicting, fully warranted the verdict rendered, and there was no abuse of discretion in denying a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted April 14, — Decided May 6, 1897.

Complaint on notes. Before Judge Henry. Walker superior court. February term, 1896.

*Copeland & Jackson* and *R. M. W. Glenn*, for plaintiff in error. *Lumpkin & Shattuck*, contra.